UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY JEROME CROSBY, | No. 2:18-cv-1848 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| R. VALENCIA, et al., | |
| Defendants. | |

Plaintiff has filed a motion asking that the undersigned recuse herself. The grounds for recusal are identified in 28 U.S.C. § 455. Because plaintiff fails to identify any valid ground for recusal, and the court has no reason to believe one exists, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 10) is denied.

Dated: February 1, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cros1848.rec