UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY JEROME CROSBY,<br><br>Plaintiff,<br><br>v.<br><br>R. VALENCIA, et al.,<br><br>Defendants. | No. 2:18-cv-1848 JAM CKD P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 1, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 1, 2019 are adopted in full.

2. All claims other than 1) a claim arising under the Eighth Amendment against defendants Nunez and Aguilar for denial of access to medical care with respect to plaintiff's mental health concerns; and 2) a claim arising under the Eighth Amendment against defendants Valencia and Nava for failure to protect plaintiff from a substantial risk of serious physical harm by housing plaintiff in an area where he would have to climb stairs are dismissed.

3. All defendants other than defendants Nunez, Aguilar, Valencia and Nava are dismissed.

DATED: March 27, 2019

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE