1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  COURTNEY JEROME CROSBY,                    No. 2:18-cv-1848 JAM CKD P

12                  Plaintiff,

13          v.                                  ORDER

14  R. VALENCIA, et al.,

15                  Defendants.

16

17          Plaintiff filed an amended complaint on July 22, 2019.  However, plaintiff was never

18  granted leave to amend.  Further, plaintiff has not filed a motion for leave to amend nor otherwise

19  explained why leave to amend should be granted.[1]  Generally speaking, the court will grant leave

20  to amend upon a showing that justice requires granting leave to amend.  Fed. R. Civ. P. 15(a)(2).

21  Also, plaintiff is informed that he may amend once as a matter of course, i.e. without obtaining

22  leave to amend, within 21 days after the remaining defendants file their answer, due July 31.  Id.

23  at 15(a)(1).

24  /////

25  /////

26  /////

27  _____

28  [1]  Worth noting is that plaintiff dismissed two defendants on July 16, 2019.  He now seeks to add
    those two defendants back in the case in his amended complaint without explanation.

In accordance with the above, IT IS HEREBY ORDERD that the amended complaint filed by plaintiff on July 22, 2019 is stricken.

Dated:  July 25, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/cros1848.k