IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COURTNEY JEROME CROSBY,** | 2:18-cv-01848 JAM CKD (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **R. VALENCIA, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendants' request to modify the scheduling order is granted. After a Settlement Conference is scheduled, the deadline to submit dispositive motions is extended to 45 days after the completion of the Settlement Conference.

Dated: April 21, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE