UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY JEROME CROSBY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. VALENCIA, et al.,<br><br>　　　　Defendants. | No. 2: 18-cv-1848 JAM CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 5, 2020, the undersigned conducted a settlement conference in this action. This action settled.

On November 16, 2020, plaintiff filed a letter with the court. (ECF No. 56.) In this letter, plaintiff alleges that he has not received his settlement money.

Plaintiff is reminded that payment of the settlement money can take up to six months from the date he signed the settlement documents. If plaintiff has not received his settlement money within six months from the date of the settlement conference, he shall notify defense counsel. If plaintiff is not satisfied with the response from defense counsel, he shall notify the court.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that the concerns raised in plaintiff's November 16, 2020 letter are deemed resolved.

Dated: November 18, 2020

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Crosby1848.ord